IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR420 |
| | ) | |
| ANDREW SIGLER, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the government's Motion for Continuance [6].  Good cause shown, the motion will be granted and the initial appearance and arraignment of the defendant shall be rescheduled.

IT IS ORDERED:

1. That the government's Motion for Continuance [6] is granted; and

2. That the Initial Appearance and Arraignment of the defendant is set for hearing on **February 13, 2007 at 3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 18th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge