IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW J. SIGLER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR DISMISSAL**

Before the court is the government's Motion for Dismissal [22].  The motion is granted and the case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 14th day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge